Gerry DeSimone, California Bar # 113324
Gerry DeSimone Mediation
1000 Newbury Road, Suite 285
Thousand Oaks, California 91320

CLEAR FORM

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Nicole Pinto | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:25-CV-11647-MMA |
| v. | |
| TPUSA, INC. | **MEDIATION REPORT** |
| Defendant(s). | |

**Instructions:** *The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1.  ☑ A mediation was held on (date):  May 29, 2026                .

    ☐ A mediation did not take place because the case settled before the session occurred.

2.  The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

    ☑ Appeared as required by L.R. 16-15.5(b).

    ☐ Did not appear as required by L.R. 16-15.5(b).

        ☐ Plaintiff or plaintiff's representative failed to appear.
        ☐ Defendant or defendant's representative failed to appear.

      ☐ Other:

3.  Did the case settle?

    ☑ Yes, fully, on May 29, 2026               (date).
    ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
    ☐ Yes, partially, and further facilitated discussions are **not** expected.
    ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
    ☐ No, and further facilitated discussions are **not** expected.

4.  If further facilitated discussions are expected, by what date will you check in with the parties?

Dated: May 29, 2026

Signature of Mediator

Gerry DeSimone
Name of Mediator (print)

*The Mediator must electronically file original document in CM/ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."*