

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT

June 3, 2026

CENTRAL DISTRICT OF CALIFORNIA
BY: *Natalie L. Calkins* DEPUTY

|  |  |
|---|---|
| In the Matter of the Reassignment of Cases from the Calendar<br><br>of<br><br><br>Magistrate Judge<br>Maria A. Audero | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER OF THE CHIEF
MAGISTRATE JUDGE
**26-102**

IT IS HEREBY ORDERED that due to the retirement of Magistrate Judge Maria A. Audero, the following cases have been reassigned to Magistrate Judge Autumn D. Spaeth for all further proceedings:

| | |
|---|---|
| 2:20-cv-00006-GW-MAA | John L. Miller v. Daniel Sanchez, et al. |
| 2:25-cv-11647-MAA | Nicole Pinto v. TPUSA , Inc., et al. |
| 2:26-cv-00499-MAA | Jun Cheng v. USCIS Los Angeles Asylum Office |
| 2:26-cv-02171-SSS-MAA | Fermin Rodriguez Munoz v. Joshua Johnson, et al. |

On all documents subsequently filed in the case, the Magistrate Judge initials (ADS) shall be substituted after the case number in place of the initials of the prior Magistrate Judge.

Dated: June 03, 2026

_____
Karen L. Stevenson
Chief Magistrate Judge